Jasper O. Crook

19004 Sheffield Street

Hesperia, CA 92345

(760)998-3000

In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| JASPER CROOK,<br><br>        Plaintiff,<br>v.<br><br>RICARDO AGUILAR, MAPFRE INSURANCE<br><br>        Defendant. | CASE NO. EDCV20-914 DMG (KK)<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL; FRCP RULE 38** |

**COMPLAINT**

Jasper Crook sues Defendants Ricardo Aguilar, insured by MAPFRE Insurance, and MAPFRE Insurance for damages resulting from negligence and states:

JURISDICTIONAL ALLEGATIONS

1. This is an action for damages in excess of $75,000.

2. At all times material to this lawsuit, Jasper Crook, a 48 year old male, is an indigenous Californian of Sumerian faith.

3. All acts necessary or precedent to the bringing of this lawsuit occurred in San Bernardino County, California, Eastern Division.

4. Diversity jurisdiction applies in this case as MAPFRE Insurance is headquartered in Massachusetts.

5. This Court has jurisdiction under the Seventh Amendment and FRCP Rule 38, jury trial demanded.

## GENERAL FACTUAL ALLEGATIONS

6. On July 18, 2018, Plaintiff in his 1998 Volkswagen Beetle was traveling north on Interstate 15 in San Bernardino County wearing his safety restraint system.

7. Weather conditions on this day, July 18, 2018, were sunny and pavement dry with clear visibility.

8. Plaintiff's vehicle tail lights and third break light were all in working order and visible.

9. While plaintiff was traveling in the third lane approximately 1 - 2 miles past the Kenwood exit, traffic came to a complete stop including Plaintiff.

10. Plaintiff's vehicle was at a complete stop 10 - 15 feet behind a white Toyota that was also at a complete stop.

11. Defendant Ricardo Aguilar, while viewing content on a smart device, struck the rear of Plaintiff's 1998 Volkswagen Beetle without application of brakes.

12. Defendant Ricardo Aguilar was traveling at an approximate speed of 40 – 50 miles per hour when striking the rear of the plaintiff's 1998 Volkswagen.

13. Defendant Ricardo Aguilar's negligence caused severe whiplash to the neck, back injury, left knee injury, left shoulder injury, and rib cage injuries to Plaintiff.

14. Defendant Ricardo Aguilar's impact was approximately 3+ G forces causing Plaintiff's driver seat to rip completely from the vehicle's steel floor pan.

15. After impact and all parties moved safely to the right shoulder, Defendant Ricardo Aguilar said, "I am sorry, I was looking down."; admitting his negligence.

16. Plaintiff provided Defendant Ricardo Aguilar with his license number and vehicle insurance information.

17. Defendant Ricardo Aguilar had no vehicle insurance information to exchange at the time of the collision.

18. California Highway Patrol was summons to document events confirming Defendant Ricardo Aguilar was at fault for the collision.

19. Plaintiff went to Kaiser Permanente Urgent Care in Victorville, CA on July 18, 2018 suffering injuries and to be medically assessed after the car collision.

20. Plaintiff visited Defendant Ricardo Aguilar to retrieve insurance information at his home.

21. Defendant Ricardo Aguilar supplied his vehicle insurance information for MAPFRE Insurance, policy number 6401040100408.

22. Plaintiff contacted Defendant MAPFRE Insurance and they accepted responsibility under policy number 6401040100408.

23. Defendant MAPFRE Insurance paid plaintiff's property damages consisting of the total loss of the 1998 Volkswagen Beetle and child restraint system located in the rear passenger seat of the vehicle.

24. Defendants MAPFRE Insurance and Ricardo Aguilar provided Plaintiff with NO medical treatment(s) for their negligence.

25. Defendant MAPFRE Insurance denied Plaintiff's damages for injuries.

26. As a proximate result, Plaintiff suffered life debilitating injuries that require further and future medical, assessed at $450,000.00 USD.

WHEREFORE Jasper Crook demands his seventh amendment right to trial by jury in accordance with Rule 38 of the Federal Rules of Civil Procedure. As well as, Jasper Crook demands judgment for damages against Ricardo Aguilar and MAPFRE Insurance, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

4

Dated April 21, 2020

Respectfully submitted,

*[signature]*

UCC 1-308 without prejudice

Jasper O. Crook

United States District Court
Central District of California
350 W. 1st Street, Suite 4311
Los Angeles, CA 90012-4565
Attn: Court Clerk

CLERK

APR 27

DISTRICT OF CALIFORNIA
DEPUTY