UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | ED CV 20-914-DMG (KKx) | Date | May 27, 2020 |
|---|---|---|---|
| Title | *Jasper Crook v. Ricardo Aguilar, et al.* | Page | 1 of 1 |

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING THE ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

On May 1, 2020, the Court ordered Plaintiff Jasper Crook to show cause ("OSC") why this action should not be dismissed for lack of subject matter jurisdiction due to failure to show that complete diversity exists. [Doc. # 8.]

Four days after the Court's deadline, on May 19, 2020, Plaintiff responded to the OSC. [Doc. # 9]. In his response, Plaintiff explicitly asserts that he is a citizen of California and that one of the Defendants, Ricardo Aguilar, is also a citizen of California. *Id.* Because Plaintiff has not shown complete diversity, the Court lacks subject matter jurisdiction over this action. *See* 28 U.S.C. § 1332.

This action therefore is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**